IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHANELL D. J.H.,**

    **Plaintiff,**

v.                                           Civil Action No. 3:21cv270

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social Security*,

    **Defendant.**

## FINAL ORDER

This matter comes before the Court on the May 10, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 25.) The R&R recommends that Plaintiff's Motion for Summary Judgement should be denied and Defendant's Motion for Summary Judgment be granted. No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court:

(1)     ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 25);

(2)     DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 22);

(3)     GRANTS Defendant's Motion for Summary Judgment, (ECF No. 24);

(4)     AFFIRMS the final decision of the Commissioner; and,

(5)     DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                          /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: 5-26-2022
Richmond, Virginia

                                      M. Hannah Lauck
                                      United States District Judge